No. 443. CAMPBELL, FEDERAL PROHIBITION ADMINISTRATOR, ET AL. v. GALENO CHEMICAL CO., INC., ET AL.;
No. 444. SAME v. D. P. PAUL & CO., INC.; and
No. 445. SAME v. W. H. LONG & CO. December 2, 1929. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor Gen-*

*eral Hughes,* and *Messrs. John Henry McEvers* and *Mahlon D. Kiefer,* for petitioners. *Mr. Charles Dickerman Williams* for Galeno Chemical Company et al. and D. P. Paul & Company; and *Mr. Lewis Landes* for W. H. Long & Co.

